UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-20780-BLOOM

NUTRADOSE LABS, LLC,

    Plaintiff,

v.

BIO DOSE PHARMA, LLC, *et al.*,

    Defendants.

_____/

**FINAL JUDGMENT**

**THIS CAUSE** is before the Court upon the conclusion of a seven-day bench trial. The issues having been duly tried and the Court having made findings of fact and conclusions of law, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants Bio Dose and Santamarta are liable to Nutradose with respect to the GlutaDose Mark on Counts I, II, III, and V of the Complaint, but not with respect to the foreign trademarks.

2. Defendants are not liable on Count IV of the Complaint.

3. Nutradose is entitled to a permanent injunction.

    a. Defendants and all of their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under their authority be enjoined permanently from: (i) advertising, marketing, promoting, offering for sale, distributing or selling GlutaDose Products or the GlutaDose Mark; (ii) using the GlutaDose Mark in connection with any of their businesses; (iii) using any trademark, name, logo, design, or

    source designation of any kind that is a copy, reproduction, colorable imitation, or simulation of, or confusingly similar to the GlutaDose Mark; (iv) using any trademark, name, logo, design, or source designation of any kind that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods are produced or provided by Nutradose; (v) using any trademark, name, logo, design, or source designation of any kind that dilutes or is likely to dilute the distinctiveness of the GlutaDose Mark; (vi) advertising, promoting, offering for sale, or selling GlutaDose Products; and (vii) assisting any third party with any of the above; and

   b. Defendants shall immediately deliver up for impoundment and for destruction all GlutaDose Products, along with any promotional material, sample books, labels, tags, signs, packages, receptables, advertising, or other materials in their possession, custody, or control that adopt, infringe, or dilute the GLUTADOSE Mark.

4. Nutradose is entitled to **$1,337,848.00 in Bio Dose's profits**.

5. Nutradose is entitled to **$1,802,000.00 in actual damages**.

6. Nutradose is not entitled to attorney fees, but it is entitled to costs. The Court reserves jurisdiction to award costs.

7. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

8. The Clerk of Court is directed to mark this case **CLOSED**.

Case No. 22-cv-20780-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 9, 2024.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record